AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br><br>Elias Fethamlk<br><br>*Defendant(s)* | )<br>)<br>) Case No. 1:21-mj-392<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __December 2, 2021__ in the county of __Loudoun__ in the __Eastern__ District of __Virginia and elsewhere__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 49, United States Code, Section 46504 | Interference with flight crew members and attendants |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:
AUSA Morris R. Parker, Jr.

_____
*Complainant's signature*

Keith E. Palli, FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __12/03/2021__

John F. Anderson
Digitally signed by John F. Anderson
Date: 2021.12.03 12:00:55 -05'00'

*Judge's signature*

City and state: __Alexandria, Virginia__

John F. Anderson, United States Magistrate Judge
*Printed name and title*